UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff, | |
| v. | CRIMINAL NO:   7:21-MJ- |
| JOSE GOMEZ III,<br>     Defendant. | |

## AGREEMENT EXTENDING TIME FOR INDICTMENT

Comes Now, JOSE GOMEZ III, the defendant herein, by and through his attorney, Ray Fivecoat, and hereby enters into this Agreement Extending Time for Indictment, wherein the defendant acknowledges his right to be indicted within 30 days from the date on which he was arrested, as provided in 18 U.S.C. § 3161 *et seq*, but recognizes the exclusion of time under 18 U.S.C. § 3161(h)(1)(A) for the purpose of determining the defendant's mental competency.

This agreement is made for the purposes of pursuing a mental evaluation and good faith negotiations, with a view towards resolving this case prior to indictment. The defendant agrees that ends of justice served by this statutorily authorized delay in speedy indictment outweighs the best interests of the public and defendant in a speedy trial. The defendant understands and acknowledges that any time so extended and postponed by this Agreement is excludable delay for purposes of the Speedy Trial Act. This Agreement will expire upon the conclusion of the defendant's mental evaluation.

AGREED:

_____
RAY FIVECOAT
Attorney for Defendant

_____
GLENN HARWOOD
Assistant United States Attorney

_____
JOSE GOMEZ III
Defendant

Date: 9/10/21